1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 ANTHONY DAVIS, | ) Case No.: 1:20-cv-00544-DAD-SAB (PC) |
| 12 Plaintiff, | ) |
| 13 v. | ) ORDER FOR CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO SHOW CAUSE WHY SANCTIONS SHOULD |
| 14 STUART SHERMAN, *et al.*, | ) NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S JULY 10, 2019, ORDER |
| 15 Defendants. | ) [ECF No. 10] |
| 16 | ) |
| 17 | ) |

18      Plaintiff Anthony Davis is proceeding *pro se* and *in forma pauperis* in this civil rights action

19 pursuant to 42 U.S.C. § 1983.

20      On May 4, 2020, the Court found that service of the complaint was appropriate as to

21 Defendants Richard Milan and Stuart Sherman for unconstitutional conditions of confinement in

22 violation of the Eighth Amendment, and electronic service was ordered, which directed the California

23 Department of Corrections and Rehabilitation (CDCR) to "file with the Court the 'CDCR Notice of E-

24 Service Waiver' advising the Court which defendant(s) … will be waiving service of process without

25 the need for personal service by the United States Marshal."  (ECF No. 10, Order at 2:22-24.)

26 However, CDCR has not returned the Notice of E-Service waiver and the forty-day time period has

27 expired.

28 ///

1

Accordingly, it is HEREBY ORDERED that within **twenty (20)** days CDCR shall show cause why sanctions should not be imposed for failure to comply with the Court's May 4, 2020 order.  The Clerk of Court shall serve a copy of this order by email on Monica Anderson, Senior Assistant Attorney General.

IT IS SO ORDERED.

Dated:   **June 22, 2020**

UNITED STATES MAGISTRATE JUDGE