UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00544-DAD-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>[ECF No. 12] |

　　　　Plaintiff Anthony Davis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On June 22, 2020, the Court issued an order for the California Department of Corrections and Rehabilitation to show cause why sanctions should not be imposed for failure to comply with the Court's May 4, 2020 service order, namely, failure to timely return the Notice of E-service waiver. (ECF No. 11.)

　　　　On this same date, the Notice of E-service waiver was returned. (ECF No. 12). Accordingly, it is HEREBY ORDERED that the June 22, 2020 order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated:　**June 23, 2020**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1