UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00544-DAD-SAB (PC)<br><br>ORDER FOR OFFICE OF THE ATTORNEY GENERAL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S May 4, 2020, ORDER<br><br>(ECF No. 10) |

　　　　Plaintiff Anthony Davis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 4, 2020, the Court found that service of the complaint was appropriate as to Defendants Stewart Sherman and Richard Milan.  (ECF No. 10.)

　　　　On June 22, 2020 the California Department of Corrections and Rehabilitation (CDCR) filed a notice of intent to waive service.  (ECF No. 13.)  A waiver by the Office of the Attorney General was due thirty days thereafter.  (ECF No. 10.)  However, to date, the Office of the Attorney General has not returned the waiver of service and the thirty-day time period has expired.

///

///

1

Accordingly, it is HEREBY ORDERED that within twenty-one (21) days the Office of the Attorney General shall show cause why sanctions should not be imposed for failure to comply with the Court's May 4, 2020, order.  <u>The Clerk of Court shall serve a copy of this order by email on Supervising Deputy Attorney General Lawrence Bragg</u>.

IT IS SO ORDERED.

Dated:   **July 28, 2020**

_____
UNITED STATES MAGISTRATE JUDGE