# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>STUART SHERMAN, *et al.*,<br><br>  Defendants. | Case No.: 1:20-cv-00544-DAD-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>[ECF No. 15] |

Plaintiff Anthony Davis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 28, 2020, the Court issued an order for the Office of the Attorney General to show cause why sanctions should not be imposed for failure to timely file a waiver of service. (ECF No. 15.) On this same date, and shortly after the Court issued its order, Defendants filed waivers of service. (ECF No. 16.) Accordingly, it is HEREBY ORDERED that the order to show cause issued on July 28, 2020, is DISCHARGED.

IT IS SO ORDERED.

Dated: **July 29, 2020**

UNITED STATES MAGISTRATE JUDGE

1