# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00544-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 19) |

　　　　Plaintiff Anthony Davis is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On August 26, 2020, Plaintiff filed a request to voluntarily dismiss this case with prejudice. (ECF No. 19.) The court construes Plaintiff's request as a notice of dismissal under Rule 41(a)(1). Because no Defendant has filed an answer or motion for summary judgment in this action, Plaintiff has the absolute right to voluntarily dismiss this action without action by the Court. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on August 26, 2020.

IT IS SO ORDERED.

Dated:　**August 27, 2020**　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1